E-Filed

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-9792-GHK (JCx) | | Date | November 30, 2011 |
|---|---|---|---|---|
| Title | *Katherine Knox-Davies, et al. v. City of Los Angeles, et al.* | | | |

**Presiding: The Honorable**     **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None                    None

**Proceedings:**     **(In Chambers) Order re:** Ex Parte Application for a Temporary Restraining Order; **[5]**

On November 29, 2011, at 8:06 p.m., Plaintiffs e-filed this Ex Parte Application for a Temporary Restraining Order ("Application"), requesting that we enjoin the removal of participants in Occupy Los Angeles from City Hall Park.  Plaintiffs did not inform us yesterday that a TRO Application would be forthcoming, nor did Plaintiffs contact the Court last night to inform us that the Application had been e-filed.  As a result, it did not come to our attention until 8:00 this morning that the Application had been e-filed.  In the interim, all participants in Occupy Los Angeles were removed from City Hall Park by the Los Angeles Police Department.

Given last night's events, Plaintiffs' requested relief is no longer applicable.  Accordingly, Plaintiffs' Application is hereby **DENIED as moot.**

**IT IS SO ORDERED.**

--    :    --

Initials of Deputy Clerk         Bea