UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-9790 GHK(JC)<br>CV 11-9792 GHK(JCx) | Date | January 26, 2012 |
|---|---|---|---|
| Title | Geneva Reese, et al. v. City of Los Angeles, et al.<br>Katherine Knox-Davies, et al. v. City of Los Angeles, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**          (IN CHAMBERS)  **ORDER TO SHOW CAUSE**

On November 28, 2011, plaintiffs Geneva Reese, Summer Reese, Edward Cotton, Michael Lemmon, Carlos Marroquin, Susan Lomas and Emilio Aguirre, all of whom are involved in Occupy LA and are proceeding *pro se*, filed a Complaint asserting federal civil rights claims under Title 42, United States Code, section 1983 ("Section 1983") against the City of Los Angeles, Mayor Antonio Villaraigosa, Los Angeles Police Department ("LAPD") Chief Charlie Beck and LAPD Deputy Chief Jose Perez, Jr., in Case No. 11-9790 (the "First Occupy LA Action").

Also on November 28, 2011, plaintiffs Katherine Knox-Davies, Jesse Dotson, Matt Ward, Mario Brito and James Lafferty, all of whom are involved in Occupy LA and are represented by counsel, filed a Complaint asserting federal civil rights claims under Section 1983 and a California constitutional claim against the City of Los Angeles, Mayor Antonio Villaraigosa and LAPD Chief Charlie Beck in Case No. 11-9792 (the "Second Occupy LA Action").

The First and Second Occupy LA Actions shall collectively be referred to as the "Occupy LA Actions."

On December 12, 2011, this Court issued an Order to Show Cause Why the Occupy LA Actions Should Not be Consolidated ("Consolidation OSC") directing plaintiffs, within fourteen (14) days (*i.e.*, by **December 26, 2011**), to show cause why the Occupy LA Actions should not be consolidated. To the extent plaintiffs did not oppose consolidation, the Court authorized plaintiffs to instead file a Notice of Non-Opposition to Consolidation by the foregoing deadline. Even though the deadline to do so expired a month ago, to date, plaintiffs have failed to file *any* response to the Consolidation OSC.

**IT IS THEREFORE ORDERED that within fourteen (14) days, plaintiffs shall show cause why the Occupy LA Actions should not be dismissed for failure to prosecute and/or failure to comply with the Consolidation OSC. Plaintiffs are cautioned that the failure to respond to this Order to Show Cause and/or to show good cause will subject this action to dismissal based upon plaintiffs' failure to prosecute and/or failure to comply with Court orders.**

IT IS SO ORDERED.                                         Initials of Deputy Clerk: hr